[No. 9398–7–II.   Division Two.   September 15, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RENEE LEIGH DONALDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00374–6, Leonard W. Kruse, J., entered

November 12, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Edgerton and Swayze, JJ. Pro Tem.